UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| JAMIR DAVIS, | : | Case No. 2:25-cv-00113-DLB |
| | : | |
| Plaintiff, | : | Judge David L. Bunning |
| | : | |
| vs. | : | |
| | : | |
| JEFF MANDO, et al., | : | |
| | : | |
| Defendants. | : | |

## RULE 7.1 DISCLOSURE STATEMENT

Comes now Defendant, Adams Law, PLLC, by counsel, and hereby makes the following disclosure pursuant to Fed. R. Civ. P. 7.1:

1. Adams Law, PLLC does not have any parent corporations(s).

2. No publicly held corporation owns 10% or more of Adams Law, PLLC.

Respectfully submitted,

/s/ David V. Kramer
David V. Kramer (KBA #39609)
Mark D. Guilfoyle (KBA #27625)
Michael J. Enzweiler (KBA #96989)
Dressman Benzinger LaVelle psc
109 East Fourth Street
Covington, KY  41011
859-341-1881 – Phone
859-788-2011 – Fax
dkramer@dbllaw.com
mguilfoyle@dbllaw.com
menzweiler@dbllaw.com
*Counsel for Defendants, Jeff Mando and Adams Law, PLLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically, which will effectuate service upon the following through the Court's electronic filing system. A copy of the foregoing was also sent via electronic mail to the following this 13th day of August, 2025:

Jamir Davis, Esq.
328 Scott Street
Covington, KY  41011
jdavis@jdaviscounsel.com
Counsel for Plaintiff

John F. Parker, Jr.
Matthew A. Piekarski
PHILLIPS PARKER ORBERSON & ARNETT, PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202
jparker@ppoalaw.com
mpiekarski@ppoalaw.com
Counsel for Defendant City of Covington

                                          /s/ David V. Kramer
                                          David V. Kramer

3108763.1