UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. 2:25-cv-00113-DLB
*Filed Electronically*

JAMIR DAVIS                                                                            PLAINTIFF

vs.

JEFF MANDO, ADAMS LAW PLLC and
CITY OF COVINGTON, and DOES 1-40
Individually and in their official capacity                            DEFENDANTS

## MOTION TO DISMISS

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Defendant, City of Covington, by counsel, and respectfully moves pursuant to Federal Rule of Civil Procedure 12(b) and 12(c) for dismissal of the Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

A memorandum in support of this Motion and appropriate Order are filed herein.

Respectfully submitted,

*/s/ Matthew A. Piekarski (KBA #93226)*
John F. Parker, Jr.
Matthew A. Piekarski
PHILLIPS PARKER ORBERSON & ARNETT, PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202
jparker@ppoalaw.com
mpiekarski@ppoalaw.com
(502) 583-9900
*Counsel for Defendant, City of Covington*

## CERTIFICATE OF SERVICE

It is hereby certified that on the 14th day of August, 2025, a copy of the foregoing was filed through the ECF system, which will send a notice of electronic filing to counsel of record in this case:

Jamir Davis
328 Scott Street
Covington, KY 41011
jdavis@jdaviscounsel.com
*Pro Se*

David V. Kramer (KBA #39609)
Mark D. Guilfoyle (KBA #27625)
Michael J. Enzweiler (KBA #96989)
Dressman Benzinger LaVelle PSC
109 East Fourth Street
Covington, KY 41011
dkramer@dbllaw.com
mguilfoyle@dbllaw.com
menzweiler@dbllaw.com
*Counsel for Defendants, Jeff Mando and Adams Law, PLLC*

                                              */s/ Matthew A. Piekarski (KBA #93226)*
                                              Matthew A. Piekarski