**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**
**CASE NO. 2:25-cv-00113-DLB-CJS**

Eastern District of Kentucky
FILED

SEP 12 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**JAMIR DAVIS**                                                    **PLAINTIFF**

v.

**JEFF MANDO, ADAMS LAW PLLC and**
**CITY OF COVINGTON, DOES 1-40 in their**
**individual and official capacities.**                            **DEFENDANTS**

---

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

Plaintiff, Jamir Davis, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 41(a)(2) for an order voluntarily dismissing this action without prejudice.

**Grounds for Relief**

1. Plaintiff originally filed this case in Kenton County Circuit Court, Case No. 25-CI-01527. Defendants removed the matter to this Court on the basis of federal-question jurisdiction.

2. On August 12, 2025, Plaintiff filed an Amended Complaint that eliminated all federal claims, leaving only state-law causes of action.

3. Plaintiff has filed a Motion to Remand this matter back to Kenton County Circuit Court, explaining that this Court lacks subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1332.

4. That motion to remand has been pending for more than two weeks without a ruling. In the meantime, Defendants' Motion for Judgment on the Pleadings and Motion to Dismiss also remain before the Court.

5. Because the operative complaint raises only state-law causes of action, this Court does not have subject-matter jurisdiction. Plaintiff seeks dismissal without prejudice so that the case may proceed in the proper venue—Kenton County Circuit Court.

6. Dismissal at this stage will not prejudice Defendants. No discovery has been conducted, no dispositive rulings have been issued, and dismissal without prejudice will merely return the parties to state court, where jurisdiction properly lies.

7. Plaintiff has filed this request prior to submitting responses to the pending motions. This timing is significant because it avoids unnecessary expenditure of resources by the parties and the Court on motions that should not be decided absent jurisdiction, and it preserves judicial economy by allowing the case to continue in the proper forum without further delay.

### Conclusion

For the foregoing reasons, Plaintiff respectfully requests that this Court grant his motion and dismiss this action without prejudice.

Respectfully submitted,

/s/ Jamir Davis
Jamir Davis, Esq.
J. Davis Law Firm, PLLC
328 Scott Street
Covington, KY 41011
(859) 750-5033
jdavis@jdaviscounsel.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I filed the foregoing Plaintiff's Response in Opposition to Defendants' Motion for Judgment on the Pleadings in person with the Clerk of Court, United States District Court for the Eastern District of Kentucky, Covington Division, and further caused a true and correct copy to be electronically sent via email to the following:

John F. Parker, Jr.
Matthew A. Piekarski
PHILLIPS PARKER ORBERSON & ARNETT, PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202
jparker@ppoalaw.com
mpiekarski@ppoalaw.com
(502) 583-9900
*Counsel for Defendant, City of Covington*

David V. Kramer (KBA #39609)
Mark D. Guilfoyle (KBA #27625)
Michael J. Enzweiler (KBA #96989)
Dressman Benzinger LaVelle PSC
109 East Fourth Street
Covington, KY 41011
dkramer@dbllaw.com
mguilfoyle@dbllaw.com
menzweiler@dbllaw.com
*Counsel for Defendants, Jeff Mando and Adams Law, PLLC*

/s/ Kaylah Bozman
Kaylah Bozman