## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION
## CASE NO. 2:25-cv-00113-DLB-CJS

**JAMIR DAVIS**                                                    **PLAINTIFF**

**v.**

**JEFF MANDO, ADAMS LAW PLLC and**
**CITY OF COVINGTON, DOES 1-40 in their**
**individual and official capacities.**                            **DEFENDANTS**

---

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

This matter is before the Court on Plaintiff's Motion for Voluntary Dismissal Without Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court, having considered the motion and the record, finds the motion to be well-taken and it is hereby GRANTED.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's Motion for Voluntary Dismissal Without Prejudice is GRANTED; and

2. This action is DISMISSED WITHOUT PREJUDICE in its entirety.

SO ORDERED this _____ day of _____, 2025.

_____

Hon. David L. Bunning

United States District Judge