UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

JAMIR DAVIS, : Case No. 2:25-cv-00113-DLB-CJS
:
Plaintiff, : Judge David L. Bunning
:
vs. :
:
JEFF MANDO, et al., :
:
Defendants. :

**RESPONSE OF DEFENDANTS JEFF MANDO AND
ADAMS LAW PLLC TO PLAINTIFF'S MOTION FOR
VOLUNTARY  DISMISSAL WITHOUT PREJUDICE**

Defendants, Jeffrey C. Mando and Adams Law PLLC (collectively "these Defendants"), by and through counsel, hereby state as follows for their Response to Plaintiff's Motion for Voluntary Dismissal without Prejudice:

1.      Contrary to Plaintiffs contention in the Motion for Voluntary Dismissal, this Court clearly has subject matter jurisdiction over this case due to Plaintiff's assertion of a federal claim in the original Complaint – which is still the operative pleading in this matter.

2.      Further, Plaintiff's filing of an Amended Complaint in Kenton Circuit Court was not legally effective for reasons stated in these Defendants' Response to Plaintiff's Motion to Remand (Doc. 14).

3.      For the foregoing reasons, Plaintiff's Motion is not "well taken" as stated in the tendered proposed Order that was attached to Plaintiff's Motion for Voluntary Dismissal.

4.      While these Defendants disagree with Plaintiff's contentions as stated above, these Defendants do not object to entry of an Order dismissing this matter without prejudice under Fed. R. Civ. P. 41(a)(2).

1

Respectfully submitted,

/s/ David V. Kramer
David V. Kramer (KBA #39609)
Mark D. Guilfoyle (KBA #27625)
Michael J. Enzweiler (KBA #96989)
DRESSMAN BENZINGER LAVELLE PSC
109 East Fourth Street
Covington, KY 41011
(859) 341-1881 (T)
(859) 788-2011 (F)
dkramer@dbllaw.com
mguilfoyle@dbllaw.com
menzweiler@dbllaw.com
*Counsel for Defendants*
*Jeff Mando and Adams Law, PLLC*


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record through the Court's CM/ECF system this 18th day of September, 2025.

/s/ David V. Kramer
David V. Kramer (KBA #39609)

3120563.1